COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| GARY VANN, | § | No. 08-13-00104-CR |
| Appellant, | § | Appeal from the |
| v. | § | 362nd District Court |
| STATE OF TEXAS, | § | of Denton County, Texas |
| State. | § | (TC# F-2011-1477-D) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **September 30, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. David Wacker, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **September 30, 2013.**

IT IS SO ORDERED this 25th day of September, 2013.


PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.